____ Priority
✓ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3

**ORIGINAL**

FILED
CLERK US DISTRICT COURT
OCT 1 8 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MARIA V. ALTMANN | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 00-8913 FMC(SSx) |
| v. | |
| REPUBLIC OF AUSTRIA, et al. | SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER |
| Defendant(s). | |

Pursuant to Local Rule 16-14, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the: ☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☒ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: 10/15/04    _____ Attorney For Plaintiff

Dated: _____     _____ Attorney For Plaintiff

Dated: 10/15/04    _____ Attorney For Defendant

Dated: _____     _____ Attorney For Defendant

**IT IS SO ORDERED**, the above request is:
☒ APPROVED.
☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

*For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.*

Dated: 10/18/04    _____ United States District Judge/Magistrate Judge

cc: *Attorney Settlement Officer Panel Coordinator*

DOCKETED ON CM
OCT 2 0 2004
BY _____ 007

ADR-01 (05/03)    SETTLEMENT PROCEDURE SELECTION: NOTICE, REQUEST AND ORDER