1  E. RANDOL SCHOENBERG, SBN 155281
   BURRIS & SCHOENBERG, LLP
2  12121 Wilshire Boulevard, Suite 800
   Los Angeles, California 90025-1168
3  Telephone:  (310) 442-5559
   Facsimile:  (310) 442-0353
4  Efax:       (425) 740-0483
   E-mail:     randols@bslaw.net
5
   Attorneys for Plaintiff
6  MARIA V. ALTMANN

7  SCOTT P. COOPER, SBN 096905
   JONATHAN E. RICH, SBN 187386
8  TANYA L. FORSHEIT, SBN 192472
   PROSKAUER ROSE LLP
9  2049 Century Park East, 32nd Floor
   Los Angeles, CA  90067-3206
10 Telephone:  (310) 557-2900
   Facsimile:  (310) 557-2193
11 E-mail:     scooper@proskauer.com
               jrich@proskauer.com
12             tforsheit@proskauer.com

13 Attorneys for Defendants,
   REPUBLIC OF AUSTRIA,
14 a foreign state, and
   THE AUSTRIAN GALLERY

15
16              UNITED STATES DISTRICT COURT
17              CENTRAL DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| 19  MARIA V. ALTMANN, an individual | Case No. CV 00-08913 FMC SSx |
| 20      Plaintiff, | [The Honorable Florence-Marie Cooper] |
| 21      against | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)** |
| 22  REPUBLIC OF AUSTRIA, a foreign state, and THE AUSTRIAN GALLERY, an | |
| 23  agency of the REPUBLIC OF AUSTRIA | Complaint Filed: August 22, 2000 |
| 24      Defendants. | First Am. Comp. Filed: July 29, 2004 |
| 25 | Discovery Cutoff: June 30, 2005 |
| 26 | Pretrial Conference: October 17, 2005 |
| 27 | Trial Date: November 1, 2005 |
| 28 | |

1  This Stipulation is made by and between all of the parties to this action,
2  namely, Plaintiff Maria Altmann for herself and her co-heirs on whose behalf she
3  has pursued this action (collectively "Altmann"), and Defendants Republic of
4  Austria, a foreign state, and the Austrian Gallery (collectively, "Austria"), as
5  follows:

6  WHEREAS, Altmann and Austria desire to dismiss the above-captioned
7  action, in its entirety, with prejudice;

8  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and
9  between Altmann and Austria, through their respective undersigned counsel, that:

10  1. The above-captioned action is hereby dismissed in its entirety, with
11  prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

12  2. Each of the parties shall bear his, her or its own costs and attorneys'
13  fees in connection with the above-captioned action.

DATED: May 19, 2005

E. RANDOL SCHOENBERG
BURRIS & SCHOENBERG, LLP

By: /s/ E. Randol Schoenberg
E. Randol Schoenberg

Attorneys for Plaintiff,
MARIA V. ALTMANN

DATED: May 19, 2005

SCOTT P. COOPER
JONATHAN E. RICH
TANYA L. FORSHEIT
PROSKAUER ROSE LLP

By: /s/ Scott P. Cooper
Scott P. Cooper

Attorneys for Defendants,
REPUBLIC OF AUSTRIA, a foreign state, and THE AUSTRIAN GALLERY

IT IS SO ORDERED
DATED: May 23, 2005
/s/ Florence Marie Cooper
UNITED STATES DISTRICT JUDGE

1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I declare that: I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 2049 Century Park East, Suite 3200, Los Angeles, California 90067-3206.

On May 19, 2005, I served the foregoing document, described as:

**STIPULATION OF DISMISSAL WITH PREJUDICE
PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)**

by placing ☐ the original ☑ a true copy thereof enclosed in a sealed envelope addressed as follows:

> E. Randol Schoenberg, Esq.
> Burris & Schoenberg, LLP
> 12121 Wilshire Boulevard, Suite 800
> Los Angeles, CA 90025-1168

☑ (By Mail) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, the envelope would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) By transmitting a true and correct copy thereof via facsimile transmission to the following facsimile number(s):

☐ (By Personal Service)

  ☐ By personally delivering such envelope to the office of the addressee.

  ☐ By causing such envelope to be delivered by messenger to the office of the addressee.

☐ (By Overnight Courier) By causing such envelope to be delivered the next business day to the office of the addressee via Federal Express or other similar overnight delivery service.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 19, 2005, at Los Angeles, California.

_____PATTY HAYS_____         _____/s/ Patty Hays_____
Type or Print Name                              Signature